PD-1205-15

IN THE

COURT OF CRIMINAL APPEALS OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 10 2015

Abel Acosta, Clerk

GREGARY A TURNER SR

VS                    NO. 02-13-00

THE STATE OF TEXAS

MOTION FOR EXTENSION OF TIME

WITHIN WHICH TO FILE

PETITION FOR DISCRETIONARY REVIEW

FILED IN
COURT OF CRIMINAL APPEALS

SEP 17 2015

Abel Acosta, Clerk

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW GREGARY A. TURNER PETITIONER PRO-SE IN THE ABOVE STYLED AND NUMBERED CAUSE AND MOVES THE COURT PURSANT TO ARTICLE 40.09 SEC. 9 C.C.P. GRANTING THE PETITIONER ADDITIONAL PERIOD OF TIME (60 DAYS) IN WHICH TO FILE HIS PETITION FOR DISCRETIONARY REVIEW, IN SUPPORT THE PETITIONER WILL SHOW THE COURT AS FOLLOWS:

I

THAT COURT APPOINTED COUNSEL J. WARREN ST. JOHN SUBMITTED FRIVOLOUS BRIEF ON BEHALF OF THE APPELLANT THAT THE COURT OF APPEALS AFFIRMED ON AUG. 13TH 2015.

II

THAT COURT APPOINTED COUNSEL J. WARREN ST. JOHN FILED FOR REHEARING AGAINST APPELLANT REQUEST APPELLANT NEVER WANTED ATTORNEYS J. WARREN ST. JOHN APPELLANT BRIEF FOR APPELLANT APPEAL. IT FAILED TO RAISE CONSTITUTIONAL CLAIMS

III

APPELLANT SUBMITTED SEVERAL MOTIONS TO HAVE COURT APPOINTED ATTORNEY J. WARREN ST. JOHN APPELLANT BRIEF WITHDRAW AND WAS DENIED BY THE COURT OF APPEALS AND THE APPELLANT HAS BEEN FORCED TO ACCEPT MERITLESS FRIVOLOUS BRIEF COUNSEL DID THIS KNOWING THAT CONSTITUTIONAL ERROR SHOULD HAVE BEEN

RAISED IN THE LOWER COURT THE APPELLANT RIGHTS WERE VIOLATED AS COURT APPOINT COUNSEL J. WARREN ST. JOHN NEVER VISITED OR MEET WITH THE APPELLANT.

## IV

IT IS THE RESPECTFUL REQUEST THAT THE COURT OF APPEALS REVIEW THE TRIAL RECORD TO SEE THAT ALL MEMBERS OF DEFENDANTS RACE WERE STRUCK WITHOUT OBJECTION OF A BATSON HEARING. AND APPEALS ATTORNEY DID NOT RAISE THIS CONSTITUTIONAL ERROR AND THAT DEFENSE ATTORNEY DID NOT CROSS EXAMINE STATE WITNESS AND THAT EVIDENCE FAVORABLE TO THE DEFENSE WAS WITHELD THE PLAINTIFF HAD BEEN IN A YOUTH BOOT CAMP AND TO PRISON TWICE AS A ADULT MY APPEAL ATTORNEY DID NOT RAISE ANY OF THESE CONSTITUTIONAL ERROR IN HIS APPELLANT BRIEF.

## V

WHEREFORE THE APPELLANT PRAYS THAT THE HONORABLE COURT OF CRIMINAL APPEALS WILL GRANT THIS MOTION FOR EXTENSION OF TIME FOR FILING PETITION FOR DISCRETIONARY REVIEW.

RESPECTFULLY SUBMITTED

ON THIS THE 3RD DAY OF SEP. 2015

Gregory A. Turner SR
0805233
100 N. Lamar St.
FORT WORTH
TEXAS
76196

## ORDER

CAME ON THIS THE ____ DAY OF ____ 2015 APPELLANT PETITION FOR EXTENSION OF TIME IN WHICH TO FILE PETITION FOR DISCRETIONARY REVIEW HAVING BEEN PRESENTED TO THE COURT AND THE COURT HAVING CONSIDERED SAID PETITION AND HEARBY GRANTS/DENIED AND ORDER AS FOLLOWS:

HONORABLE JUDGE PRESIDING

## CONFLICT OF INTEREST

ATTORNEY AT LAW J. WARREN ST JOHN THE APPELLANTS APPEALS ATTORNEY AND TIM MOORE THE DEFENDANTS DISTRICT COURT ATTORNEY WORKED TOGETHER DURING THE TIME THAT ATTORNEY ST JOHN WAS PREPARING APPELLANT APPEALS BRIEF CREATING A CONFLICT OF INTEREST A CONFLICT EXIST WHEN COUNSEL PLACES HIMSELF IN A POSITION CONDUCIVE TO DIVIDED LOYALTYS. UNDER THE U.S. CONSTITUTION VI AMEND AND TEXAS CONST. SEZ. 1, ART 10 DEFENDANT HAS A CONSTITUTIONAL RIGHT TO COUNSEL THAT IS FREE FROM ANY CONFLICT OF INTEREST. IN THIS CASE THE DEFENDANT'S DISTRICT COURT ATTORNEY TIM MOORE APPELLANT'S APPEALS ATTORNEY J. WARREN ST JOHN WORKED AS COCOUNSEL FOR THE DEFENSE IN THE AMERICAN SNIPER CASE. THIS ALL TOOK PLACE DURING THE SAME TIME FRAME THAT APPEALS ATTORNEY J. WARREN ST. JOHN WAS APPOINTED TO REPRESENT AND FILE APPELLANT BRIEF ATTORNEY ST JOHN JOB IS AND WAS TO MASTER THE TRIAL TRANSCRIPT AND TO FIND ERRORS THAT OR TO BE ADVANCED ON **APPEALS** CASE WHILE AT SAME TIME WORKING AND PREPARING A LEGAL DEFENSE WITH APPELLANT FORMER DISTRICT COURT ATTORNEY TIM-MOORE THE FACT IS THIS PARTNERSHIP CREATED A POSTION CONDUCTIVE TO DIVIDED LOYALTY'S AND A CONFLICT OF INTEREST THE FACT THAT APPELLANT'S FORMER DISTRICT COURT ATTORNEY TIM-MOORE AND APPEAL ATTORNEY J. WARREN ST. JOHN COCOUNSEL IN THE AMERICAN SNIPER CASE DURING THE SAME TIME FRAME AS APPELLANTS APPEAL BRIEF WAS BEING PREPARED BY ATTORNEY J. WARREN ST JOHN IS INHERENTLY UNFAIR AND UNDERMINES THE INTEGRITY OF THE JUDICAL SYSTEM AND DEPRIVED THE APPELLANT TO THE RIGHT OF EFFECTIVE ASSITANCE OF COUNSEL.

STATE BAR RULE ACT 1059 RULE 1.06 UNDIVIDED LOYALTY

STATE OF TEXAS

EDDIE VS. RAY ROUTH OUT OF WISE CO. TEXAS

BOTH ATTORNEY WORKED THIS CASE.